UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
VERMA V. BURKE,

                Plaintiff,

     -against-

ARAMARK CORPORATION,

                Defendant.
----------------------------------x

07 Civ. 6652 (DAB) (DFE)

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

    I direct Ms. Burke and Mr. Mather to come to Courtroom 18A at 500 Pearl Street on Thursday, March 27, 2008 at 11:00 a.m. sharp for an initial case management conference. I advise Ms. Burke that 500 Pearl Street is the United States Courthouse, located just east of 60 Centre Street and just south of Worth Street. I also advise her to arrive at the Courthouse by 10:45 a.m., because there are often long lines at the metal detectors, and cell phones must be checked with the guards.

    I am enclosing (for Ms. Burke and for Mr. Mather) copies of (a) the referral form for the Pro Se Employment Discrimination Mediation program, and (b) an explanatory document entitled "Information Regarding Mediation of an Employment Discrimination Action." At my March 27 conference, I will ask the parties whether they wish to participate in that mediation program.

                                  _/s/ Douglas F. Eaton_
                                  DOUGLAS F. EATON
                                  United States Magistrate Judge
                                  500 Pearl Street, Room 1360
                                  New York, New York 10007
                                  Telephone: (212) 805-6175
                                  Fax: (212) 805-6181

Dated:    New York, New York
            March 11, 2008

Copies of this Memorandum and Order are being sent to:

Verma V. Burke
239-23 148th Avenue
Rosedale, NY 11422

Nathan R. Mather, Esq.
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540

Pro Se Office
United States Courthouse
500 Pearl Street, Room 230
New York, NY 10007

Hon. Deborah A. Batts