UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

VERMA V. BURKE,

                                    Plaintiff(s),     07 Civ. 6652 (DAB) (DFE)

        - against -                                   SCHEDULING ORDER

ARAMARK CORPORATION,

                                    Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DOUGLAS F. EATON, United States Magistrate Judge.
    The "Start Date" will be the conclusion of the Mediation.

    1. Any motion for leave to amend the pleadings or to add parties must be served and filed by 2 weeks after the Start Date.

    2. All fact discovery must be commenced in time to be completed by 3 months after the Start Date. Def. may request pl. to sign authorizations identifying all medical providers for 1/1/2002 to the present.

    3. Any proposed expert witness who falls within the words of Rule 26(a)(2)(B) must serve a report in strict compliance with that Rule -- plaintiff's experts by 3 months after the Start Date, defendant's experts by 4 months after the Start Date These are also the deadlines for identifying any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. All expert discovery must be commenced in time to be completed by 5 months after the Start Date.

    4. Any dispositive motion must be served and filed by 6 months after the Start Date. If the District Judge requires a pre-motion conference, then this is the deadline to request such a conference.



5.    If (and only if) no dispositive motion has been made, the joint pre-trial order, in a format that complies with the trial Judge's individual rules, must be filed by *7 months + 2 weeks after the Start Date; Defendant must serve its sections of the pre-trial order by 6 months + 2 weeks after the Start Date; Plaintiff must serve her sections by 7 months after the Start Date.*

6.    None of these deadlines will be extended except upon a showing of good cause. Any request for an extension must be made, by fax and by mail, <u>at least one week before</u> the deadline in question, and must state the other parties' positions concerning the proposed alternative date.

7.    I will <u>not</u> "so order" any consent adjournment unless it complies with Paragraph 6 and tells me in writing the factual basis for the "good cause."

8.    Pursuant to Rule 16(f), I may impose sanctions, including attorney's fees, if a party or a party's attorney fails to obey this scheduling order.


_____
DOUGLAS F. EATON
United States Magistrate Judge


Dated:     New York, New York
           *March 27, 2008*

2